UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __9/9/2025__

-----------------------------------------------------------------

SETH EISENBERGER,                                :
                                                 : Case No. 7:22-cv-03025
                                    Plaintiff,    :
            -against-                            :
                                                 :           **MOTION TO**
CHAIM FRIEDMAN, LIBE FRIEDMAN,                   :           **DISQUALIFY**
CHANA FRIEDMAN, LAWRENCE PLAZA                   :
ASSOCIATES LLC, BREWER ESTATES LLC,             :
BREWER HOLDINGS LLC, WILLOW TREE                 :
LLC, and 34 SECOND AVENUE LLC.                   :
                                                 :
                                    Defendants,  :

-----------------------------------------------------------------

<u>**MOTION TO BAR ELLIOT HAHN AS ATTORNEY TO EISENBERGER**</u>

Hon. Judge Roman,

This is a request to disqualify Attorney Elliot Hahn from acting as attorney for plaintiff
Eisenberger in this matter.

Attorney Hahn represented Eisenberger in the previous action in Rockland Supreme Court and
was aware of the events that transpired, including the 6/27/23 appearance before Judge Amy
Puerto where impropriety took place as stated in my complaint (paragraphs 179-199) in a related
case I recently filed against Eisenberger and others in Federal Court, 25-cv-7123, and referenced
in this case as Docket Number (58 Exhibit A).

Attorney Hahn is not only a potential witness to what happened in the Rockland County
Supreme Court, but he is also a possible defendant to be added under NY Judiciary Law 487, and
for abuse of process, because he presumptively had full awareness of the malfeasance that had
taken place in Rockland County, and certainly knew this when he began this action representing
Eisenberger.

 While I contemplate and research whether to add Attorney Hahn as a defendant in this case, the
New Federal Action, or both, I wish to advise the court, that at best he may be called as a
witness, and there is a very good chance that he will be added as a defendant.

MEMO ENDORSED

Therefore, I respectfully request Attorney Hahn be immediately disqualified and removed as attorney for Eisenberger, and that Eisenberger be directed to appoint new counsel, and a Notice of Appearance be filed with the Court Forthwith.

Respectfully

*"s/Chaim Friedman;"*, *Defendant pro se,*

_____

September 1, 2025

**The Court is in receipt of Defendant's motion to disqualify Plaintiff's counsel dated September 2, 2025. The Court will deem the letter as a request for leave of Court to file a motion to disqualify Plaintiff's counsel. (*See* the Court's Individual Rules of Practice). Accordingly, Plaintiff is directed to respond on or before September 12, 2025. The Clerk of Court is directed to mail a copy of this endorsement to pro se Defendant, Chaim Friedman, at the address listed on ECF and show service on the docket. The Clerk of Court is kindly directed to terminate the motion at ECF No. 59.**
**Dated: September 9, 2025**
**    White Plains, New York**

SO ORDERED:

_____

NELSON S. ROMÁN
United States District Judge