# HAHN EISENBERGER PLLC
### ATTORNEYS AT LAW

2255 NOSTRAND AVENUE, 10TH FLOOR
BROOKLYN, NEW YORK 11210
(347) 410-5800
FAX: (347) 435-2148
____
WRITER'S EMAIL ADDRESS:
EHAHN@HAHNEISENBERGER.COM

March 16, 2026

**Via ECF**

The Honorable Nelson S. Roman
United State District Court for the
  Southern District of New York
United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

Plaintiff's extension of time is GRANTED. Plaintiff has until March 18, 2026 to serve his motion to dismiss Defendants' counterclaims. The Clerk of Court is directed to mail a copy of this Order to pro se Defendant Chaim Friedman and show service on the docket. The Clerk of Court is kindly directed to terminate the motion at ECF No. 91.

Dated: March 16, 2026
White Plains, NY

SO ORDERED:

NELSON S. ROMÁN
United States District Judge

MEMO ENDORSED

Re:    **Eisenberger v. Friedman et al**
       **Docket No.:  1:22-cv-3025 (NSR)**

Dear Judge Roman:

   We are counsel for plaintiff Seth Eisenberger in the matter referenced above.  We respectfully submit this letter requesting a short extension of plaintiff's time to serve his motion to dismiss defendants' counterclaims until Wednesday, March 18, 2026.  This is the first request for an extension.

   The motion was due to be served today, however, my client has been delayed due to ongoing health issues.  As the parties are aware, my client is disabled and suffers from 9/11 illnesses as certified by the WTC Health Program pursuant to the James Zadroga 9/11 Health and Compensation  Act of 2010 and/or 42 C.F.R. § 88.15.

   We requested consent from pro se defendant Chaim Friedman and Chezki Menashe , Esq., counsel for the remaining defendants.  Mr. Friedman told us he would consent to an extension until March 18, 2026 and we have not yet heard back from Mr. Menashe.

   We thank the Court for its attention to this matter.

Respectfully submitted,

/s/ Elliot Hahn (EH-6087)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  __3/16/2026__