UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

SETH EISENBERGER,

                         Plaintiff,                          **ORDER**

            -against-                                        22 Civ. 3025 (NSR) (AEK)

CHAIM FRIEDMAN, *et al.*,

                         Defendants.
-------------------------------------------------------------X

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

At a conference held on April 29, 2026, the Court ordered the following briefing schedule for Defendants' motions to preclude and to disqualify:  Defendants' moving papers were to be filed on 5/20/2026; and Plaintiff's opposition papers were to be filed on 6/15/2026.  *See* Docket Sheet, Minute Entry dated 4/29/2026.  The parties filed their papers in accordance with the schedule.  *See* ECF Nos. 123, 124, 138, 139.  On June 22, 2026, Defendants filed reply papers in support of both motions, ECF Nos. 141, 142, and on June 23, 2026, Plaintiff filed a letter, requesting that the reply papers be stricken as unauthorized by the Court, ECF No. 143.  Defendants have responded, stating that to the extent they were not supposed to file reply papers, they now seek the Court's permission to do so and request that the Court accept and consider their papers filed at ECF Nos. 141 and 142.  *See* ECF Nos. 144, 145.  While Plaintiff is correct that the Court stated at the April 29 conference that it did not think it needed Defendants to file reply papers, *see* ECF No. 143-1, if Defendants had asked for permission to file their reply papers before doing so, the Court would have granted that request.

Accordingly, the Court **denies** Plaintiff's application to strike Defendants' reply papers, but **grants** Plaintiff permission to file sur-reply papers if Plaintiff so chooses.  Plaintiff is not

required to file sur-reply papers, but if he chooses to do so, then such papers must be served and

filed by no later than **July 10, 2026**.  **There will be no further submissions permitted in

connection with Defendants' motions to preclude and disqualify.**

Dated:  June 26, 2026
          White Plains, New York

                              **SO ORDERED.**

                              _____
                              ANDREW E. KRAUSE
                              United States Magistrate Judge