UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

SETH EISENBERGER,

Plaintiff,

-against-

CHAIM FRIEDMAN, *et al.*,

Defendants.
-----------------------------------------------------------x

**ORDER**

22 Civ. 3025 (NSR) (AEK)

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

The Court has received the parties' latest round of discovery related filings, ECF Nos. 161-162 (Plaintiff's discovery deficiency letters) and ECF No. 165 (Defendants' joint letter motion for a protective order). The Court believes, however, that resolution of any outstanding discovery disputes should await the determination of the pending motion to disqualify Plaintiff's counsel.

Accordingly, the Court STAYS all discovery in this action pending a decision on the motion to disqualify.

Dated: November 12, 2026
White Plains, New York

**SO ORDERED.**

ANDREW E. KRAUSE
United States Magistrate Judge