UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EISENBERGER,

Plaintiff,

-against-

FRIEDMAN et al,

Defendants.

No. 22 CV 3025 (NSR)

**ORDER**

NELSON S. ROMÁN, United States District Judge:

In light of the ongoing discovery and pending motions, the Court finds that a case management conference would be premature at this juncture. Accordingly, the conference scheduled for November 18, 2026, is hereby ADJOURNED *sine die* pending the close of discovery. The parties are directed to notify the Court within seven (7) days of the completion of discovery so that a case management conference may be scheduled.

Dated: November 16, 2026
White Plains, NY

SO ORDERED:

NELSON S. ROMÁN
United States District Judge